**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT L. CURRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 07-0264-CG-C** |
| | ) | |
| **RANDALL GULLEY, and CITY OF** | ) | |
| **MONROEVILLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the court on a motion to stay filed by defendant Randall Gulley

(Doc. 5), in which the defendant seeks to stay this action pending resolution of a related criminal

charge and predicated upon his assertion of his Fifth Amendment right against self-

incrimination.  The defendant further represents that plaintiff and co-defendant do not oppose the

motion.

Upon due consideration, the motion is hereby **GRANTED** in that this action is **STAYED**

pending further order of the court.  It is **FURTHER ORDERED** that Randall Gulley file a status

report on the second Tuesday of every month, commencing July 10, 2007, advising the court of

the status of the related criminal proceedings,.  Failure to report as ordered will result in a lift of

the stay and will require Gulley to proceed with his defense of this litigation.

The clerk of court is directed to place this case on the court's administrative docket.

**DONE and ORDERED** this 30th day of May, 2007.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**